IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, JOHN ALLEN WIGINTON,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOHN ALLEN WIGINTON, | ) Case No.: 12-10856 MRW |
| Plaintiff, | ) |
| vs. | ) ORDER AWARDING EAJA FEES |
| | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY , | ) HON. MICHAEL R. WILNER ) UNITED STATES MAGISTRATE ) JUDGE |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND SIX HUNDRED DOLLARS ($2,600.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 19, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE
JUDGE